FILED

09/03/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0071

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0071

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JUSTIN QUINLAN,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 14, 2020, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 3 2020